## WINNE *v.* HAMMOND.

(April Term, 1864.)

RIGHTS OF PARTIES ARE RECIPROCAL. Where an appellant is in such position that he cannot be compelled to file his record at a certain term, he cannot, by voluntarily filing his record at that term, require the appellee then to join in error.

APPEAL from the Circuit Court of Cook county.

On the part of the appellant, a motion was entered for a rule upon the appellee to join in error.

It appeared that thirty days had not intervened between the time of making the appeal and the commencement of the present term of this court.

The People *ex rel*. Roberts *v*. Leland.

Per Curiam: Under the statute (Rev. Stat. 1845, 420, § 48), if there be not thirty days* between the time of making the appeal and the sitting of the Supreme Court, at the first term thereafter, it is not required of the appellant to file his record at that term. The rights of the parties should be reciprocal. If the appellant was in such position that he could not have been compelled to file his record at this term, he cannot, by voluntarily filing the record now, require the appellee to join in error at this term.

*Motion denied.*

---

* See act of 1865, construed in *Toledo, Peoria and Warsaw R. R. Co.* v *Coomas*, post, p.    , by which the time within which records must be filed is changed.